# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE SANCHEZ, | 1:09-cv-00201-SMS-PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS ACTION<br>(Doc. 7) |
| v. | |
| AHLIN, et al., | ORDER DISMISSING ACTION IN ITS ENTIRETY WITHOUT PREJUDICE |
| Defendants. | ORDER DIRECTING CLERK TO CLOSE FILE |
| / | |

Plaintiff Jesse Sanchez ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint on July 23, 2008. On March 2, 2009, plaintiff consented to Magistrate Judge Jurisdiction under 28 U.S.C. § 636(c), and no other party has appeared in this action.

On April 29, 2009, Plaintiff filed a motion to dismiss his complaint without prejudice. "[U]nder Rule 41(a)(1)(I), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (*quoting* Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been

1

1 | brought, the defendant can't complain, and the district court lacks jurisdiction to do anything
2 | about it." Id. at 1078.  No defendant has filed an answer or other responsive pleading.
3 | Therefore, Plaintiff's motion shall be granted.
4 |      Accordingly, IT IS HEREBY ORDERED that:
5 |      1.    Plaintiff's motion to dismiss the complaint is GRANTED;
6 |      2.    This action is DISMISSED in its entirety without prejudice; and
7 |      3.    The Clerk of the Court is DIRECTED to close the file in this case and adjust the
8 |          docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

**Dated:  May 1, 2009**                          /s/ Sandra M. Snyder
                                                             UNITED STATES MAGISTRATE JUDGE